# Exhibit B

 **Kahealani Kamauu** reviewed **Arches Academy** — 😊
July 5, 2015

**This school has extremely financially unstable which puts many things at risk...**

It is very unfortunate that I have to adjust my review with this school. But facts are facts, and I would not want any other parent to experience what I have just experienced.

I have had my kids attending Arches for 8 years now. Having a long history of the school, I am appalled at things that Annette Warnick recently has done to disrupt both of my children's schooling. I requested to meet with the Board and was denied.

Annette made both my children miss school in the beginning of this 2019 school year.

1. She purposely delayed to provide school records for my high schooler who was transferring to another High School. He wanted to play sports and as a special needs child was struggling at Arches for several years. Arches only offers a 9th grade class, and students would have to transfer anyways. Also Arches is not setup for 9th graders. They don't sit down and do counseling like typical high schools, they don't plan with the student and the parents in the beginning of the school year, and they are not accredited for high school.

She purposely withheld and ignored my multiple requests, and therefor my son missed the first couple days of school which only increased his nervousness with changing schools. I had to show up to Arches twice to try and get the records since there was no response. I sat and waited 2 hours, and Annette didn't even come out of her office to greet me but just texted from her office while I was in the waiting area outside. Her whole reasoning was she wanted my son to remain at Arches because the school would experience a "Financial Hardship" if he left.

2. Although I was not behind on any tuition, and although 7 years of prior history has proven my track record of tuition obligations, at the begining of 2019 School year she manipulated the situation and decided to bill me the entire 1 year tuition as a "One Payment" to extort $16k from our account. She texted me early in the morning and told me, unless we paid for my eldest sons tuition in full for the entire school year, the one that is in a different school, they would not allow my younger son to attend school and would send him home that morning. In a panic I tried to fix the situation but she refused to resolve it then, and my younger son was forced to not attend school until the "Board Of Directors met" to discuss the situation. I did not receive a response for several days, and both my kids were left wondering what they did wrong.

3. Last year they harassed my private driver who was picking my kids up from school.

Please BE AWARE, also please pay close attention to the contracts and the Auto Renewal. My kids have attended 8 years year, and out of the blue she became very decisive as soon as I withdrew one of my kids.

The school is extremely financially unstable and therefore puts teachers payroll and students education at risk. A successful private school does not have financial issues.

 **Arches Academy**
Private School · 705 Likes