# Exhibit C

<lara.allen@gmail.com>, "Leah Aston (Eeva Puikkonen)" <leahjordanaaston@gmail.com>, LeeAnn Klemetson <lcklemetson@gmail.com>, Leon Nguyen <thanh90706@aol.com>, "lihuamail@yahoo.com" <lihuamail@yahoo.com>, Lili Heftel <liliaheftel@yahoo.com>, Lily Darais <lily@darais.com>, Linsey Deguzman <linsey.deguzman@gmail.com>, Lisa Richards <lisagloriarich@gmail.com>, Liz Donaldson <lizinha007@gmail.com>, Liz Jensen <eajensen13@gmail.com>, Lu Zhang <zhangluut@gmail.com>, Luke Jackson <ljackson@vivint.com>, Marie Roberts <Marie.kelley@gmail.com>, Marie-Bernard Dragon <drajogo@aol.com>, Mark Montie <markmontie@gmail.com>, Maye Carruyo <maye@cncabinets.com>, Megan Bench <megan.ann222@gmail.com>, "Megan Vargas-(Bryan Baker)" <mv30255@gmail.com>, Melissa Puente <melissadpuente@gmail.com>, Micah Anderson <dahlicious@gmail.com>, Michael Peers <michael.peers@plgpllc.com>, Mitch Bingham <bingham.mitchel@gmail.com>, Nani Wood <nani@iamnotavulcan.com>, Natalie Burt <mattnatb@gmail.com>, Nate Keller <358nate@gmail.com>, "Nicholas G. Thomas" <ngthomas@orem.org>, Nichole Dangerfield <nicholepdangerfield@gmail.com>, Noam Temkin <noam@temkinholdings.com>, Pablo Del Castillo <pdc007@msn.com>, Paige Hanna <lpaigehanna@gmail.com>, Paul Dunn <herrdunn@gmail.com>, "Phyllis Griffith (Lyra's Gma)" <phyllisanngriffith@gmail.com>, Pritchett <kpritchett25@mac.com>, "Rachel Bi (Rosie Hu)" <rachel.bi@uvu.edu>, Rebecca Harvey <rholman32@hotmail.com>, Richard Heftel <richard@heftel.com>, Richard Klemetson <rickklemetson@gmail.com>, Rob Allen <rob@montanabeds.com>, "Robison, Melinda and Landon" <robisonland@yahoo.com>, "Roni Law (Tullio)" <Ronilynne14@icloud.com>, Rui Yang <violon006@gmail.com>, Russell Peay <Russell.peay@gmail.com>, Ryan Gottfredson <ryan.gottfredson@gmail.com>, Ryan Stockle <rcstockle@gmail.com>, Ryann Gardner <ryanngardner@gmail.com>, Sara Ward <sarajoward@gmail.com>, Sarah Lawyer <violas84@gmail.com>, Sarah Stocksdale <sarahstocksdale@gmail.com>, "Shalene Burke (Eden Keller)" <shapink10@gmail.com>, Stephanie Barclay <stephaniehallbarclay@gmail.com>, Stephanie Bird <stephaniejae.design@gmail.com>, Steve Jimenez <stevej316@gmail.com>, Tammy Bevell <tammysbevell@yahoo.com>, Tianxiang Hu <hutianxiang1984@gmail.com>, Tiffany Barlow <tiffywall@icloud.com>, "Valynne E. Maetani" <valynne@gmail.com>, Vilas Yang <vilasyang@yahoo.com>, York Galland <ygalland@mac.com>, Zhang Yili <yilizhangut@gmail.com>
**Subject:** Re: Jan 6 deadline reminder


Annette,


It is very unfortunate that you have suspended Solomon due to a FB Review

post that I posted back in Aug, which depicted my unfortunate experience with you.  It is also unfortunate that you have now threatened to hire an Atty to force your contract and force a "Silence" clause on me so I don't tell others of my experience. I just finished discussing these issues with the Attorney Generals office.

As I promised the other day, I am forced to proceed in an effort to protect my child's future. I will be filing in court against the school, the board and you personally; for infringing on Constitutional Rights, Extortion, un-lawful punishment of a child, breaking of consumer privacy laws, dis-regard to care of child's welfare, holding his records hostage so he can't attend another school and numerous other claims. This will be made very public as I am seeking the protection of other children as well.

I have given you every ample opportunity to correct the mistakes you have made and save my child from the loss of education, which I value to be 20x greater than the tuition and possibly more. It is extremely hard to put a value to the loss Solomon is suffering from emotionally because of your actions as well as myself, but we will be seeking full compensation in all areas. Solomon is innocent in all this, yet you have chosen to once again use my child as a pawn in your selfish game, with absolute dis-regard to him as a child and student of your school. You have threatened to not release his school records either so he can't attend another school. The game you are playing is very transparent. Your "Passive Aggressive" behavior is transparent. Claiming unpaid tuition but not fixing your system, so that it would not bill me the appropriate invoices, as I have requested now for months. As a parent who has had kids at this school for 8 years, it is completely appalling. New leadership needs to be sought out for the survival of the school and possible brighter future, because I do value the ideals Arches was founded on.

All of this has stemmed from Aug 2019, when I requested to remove my son Joshua so he could attend TimpView for his freshman year rather than Arches. I always felt relationships are more important than contracts and was blown away when your initial response was that we are tied to a contract and you would not allow the change. Instead of being supportive – you held his records hostage, and threw the **"Auto Renewal Clause" from the contract** at me. You then tried to force me to pay his tuition up front in full, by suspending his younger brother until I resolved it.  Both my kids missed a few days of school due to your actions. Again all you had to do was apologize, correct mistakes, show gratitude for the 8+ years we have supported this school, and move on.  Instead it's been pure escalation and backlash from your side. It shows you do not even follow your own teachings of 7 Habits in creating "Win-Win" situations.

I guess I should have paid more attention to the **"Auto Renewal Clause" in our contract and given you notice prior to Feb 1st**, since there was plenty of room at Arches for me to enroll my kids during the Summer which would have given me more time to make a better informed decision based on my children's needs versus being rushed and locked in so early. I have spoken to other private schools and they were astonished to learn about this clause. Other private schools have open contract policies, they allow parents to switch their kids and rather make an effort to provide a school/experience where parents/kids won't want to switch versus being locked in and forced to pay even if your child doesn't want to attend. In my situation my son Josh desired to have a 4 year High School experience, which is a once in a lifetime opportunity for him and I supported it, but you became upset didn't want to allow.

My son Solomon has been out of school this whole week, I hope you feel good that you have proved your point by punishing him for things he had nothing to do with. Thank you for showing us who you are.

Mahalo,

Dr. J Kahea Kamauu

Dr. J. Kahealani Kamauu
ROI Companies
*Return On Investment Companies*
Office 808-520-8070
Mobile 808 306 0082
Fax 888-492-0283

Find us on the WEB:

http://ROICompanies.com

A group of companies performing ROI in products, services, and investments.

**This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law.  If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful.  If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to info@roicompanies.com.  Thank you.**