# Exhibit D

| | |
|---|---|
| **Subject:** | Arches Academy is suing parents? |
| **Date:** | Monday, August 30, 2021 at 10:15:48 AM Pacific Daylight Time |
| **From:** | ArchesAcademyparent |
| **To:** | Annette Warnick |
| **CC:** | Kris Crowther, J Kahealani Kamauu, John Hanna, Keri Wahl, Chris Wood, (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Annie Grow, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, bcc: AJ Hatton, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, celeste hill, Charli Johnston, Christina Hatton, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, Jonathan Willis, Joseph Hawes, Josieanne Petit-Montie, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Kimberlie Willis, Kris Anne Gottfredson, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, lihuamail@yahoo.com, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon |
| **Attachments:** | Student names Arches included in Lawsuit.pdf, Arches Academy Case No 200400447 .png |

Annette,

I was made aware that you are actively suing parents over contract renewals, and have involved several of the kids names in your lawsuit (attached). I looked into one lawsuit and you are suing a former parent over $700k?! Which reminded me about the email he had sent last year, which is why I am replying to it. From what I gather in the prior emails, the dispute was for 2k, but you are suing for $700k? You are also suing for a Facebook review? Reviews are part of life, as business owners ourselves, we have had several bad reviews, we have always worked with our customers that left bad reviews. Covid hurt a lot of businesses and the private schools were hit hard, but taking that out on parents is un-called for, learn to adjust as your industry does. I am astonished that the principal of a private school is behaving like this, it is embarrassing.

Beyond this you submitted the names of 30 kids in your lawsuit claiming they left because of the parents email? Why are you involving children in your petty lawsuit, I am un-glued to have seen you do this. Our kids should be protected from your activities outside of school. I have attached the documents here, which you can literally download from the Utah court system, it is all public knowledge now.

Aside from all this, why are you using school funds to pay for ridiculous lawsuits instead of using the funds to educate our children? It could have been invested in newer technologies, equipment etc. If you are even familiar with how things work, it is literally impossible to collect from a lawsuit, which is probably why the former parent you are suing could care less, and after a year of suing him, his fb review is still up. He doesn't even live in Utah, which means the judge has zero jurisdiction. Again this is just wasted funds that could be used towards the education of kids.

I am not naming myself here, because you will probably sue us as well. We will not allow our child to attend your school anymore. There are far better schools out there like, Slopes Academy, Challenger, and others, much more well equipped and non-contractual. My husband and I will take our chances.

Thanks,
Anonymous Arches Parent.