# Exhibit E

**Subject:** Re: Arches Academy is suing parents?
**Date:** Monday, August 30, 2021 at 10:45:15 AM Pacific Daylight Time
**From:** Josianne Petit
**To:** ArchesAcademyparent
**CC:** Annette Warnick, Kris Crowther, J Kahealani Kamauu, John Hanna, Keri Wahl, Chris Wood, (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Annie Grow, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, bcc: AJ Hatton, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, celeste hill, Charli Johnston, Christina Hatton, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, Jonathan Willis, Joseph Hawes, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Kimberlie Willis, Kris Anne Gottfredson, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, lihuamail@yahoo.com, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon

I want to make it clear that our decision not to renew our child's enrollment at Arches was 100% about the impact of covid and had *nothing* to do with the emails sent by that parent last year. Our little one loved her Arches experience. However, online learning was brutal. I appreciated that you all were trying to prove that you were earning your tuition even though us parents were overseeing the learning. Unfortunately, that created an intense burden on us parents who were working remotely ourselves and having to help our child get all assignments turned in. So when we considered if we would re-enroll, the uncertainty of what school would look like was a major deciding factor. We chose a school with a more flexible in person learning policy than Arches. I would imagine that's the case for many parents. To put the brunt of the responsibility for the drop in re-enrollment solely on that parent is unfair. No one anticipated Covid. You have to roll with it and hope to come out the other side. Your school is great. It speaks for itself. Going after a parent for your loses - I expect better. Take the high road.

Parent of a former student

On Mon, Aug 30, 2021, 11:16 AM ArchesAcademyparent <Archesacademyparent@protonmail.com> wrote:
> Annette,
>
> I was made aware that you are actively suing parents over contract renewals, and have involved several of the kids names in your lawsuit (attached). I looked into one lawsuit and you are suing a former parent over $700k?! Which reminded me about the email he had sent last year, which is why I am replying to it. From what I gather in the prior emails, the dispute was for 2k, but you are suing for $700k? You are also suing for a Facebook review? Reviews are part of life, as business owners ourselves, we have had several bad reviews, we have always worked with our customers that left bad reviews. Covid hurt a lot of businesses and the private schools were hit hard, but taking that out on parents is un-called for, learn to adjust as your industry does. I am astonished that the principal of a private school is behaving like this, it is embarrassing.
>
> Beyond this you submitted the names of 30 kids in your lawsuit claiming they left because of the parents email? Why are you involving children in your petty lawsuit, I am un-glued to have seen you do this. Our kids should be protected from your activities outside of school. I have attached the documents here, which you can literally download from the Utah court system, it is all public knowledge now.