# Exhibit F

**Subject:** Re: Arches Academy is suing parents?
**Date:** Monday, August 30, 2021 at 12:14:34 PM Pacific Daylight Time
**From:** Annette Warnick
**To:** Annie Grow
**CC:** ArchesAcademyparent, (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, Charli Johnston, Chris Wood, Christina Hatton, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, J Kahealani Kamauu, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, John Hanna, Jonathan Willis, Joseph Hawes, Josieanne Petit-Montie, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Keri Wahl, Kimberlie Willis, Kris Anne Gottfredson, Kris Crowther, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon, bcc: AJ Hatton, celeste hill, lihuamail@yahoo.com

Hi Annie and all,

Thank you for your kind email. We will miss you guys, and hope you stay in touch.

You are right--this email is completely inappropriate, and I apologize to you all that your emails were used for this parent's spam purposes to continue to try to harm the school.

If you want to know what the issue is really about, you can read the whole thread of the original email that the parent continues to include and has sent before to try to harm the school. I am still saddened by the route this parent chose to take after we worked with him for months (even years) to reconcile. In the end, we had to protect the school from his threats.

If you have any questions you can also email or call me privately.

I wish you all the best in your new schools regardless of the reasons for not continuing at Arches. We loved having your children while they were here and know that what students receive and get to do here is hard to top. I also think the parents at Arches are the best around, too, and so appreciate your dedication to making sure your child gets an amazing education.

Sincerely,
Annette Warnick