# Exhibit G

**Subject:** Re: Arches Academy is suing parents?
**Date:** Monday, August 30, 2021 at 12:47:01 PM Pacific Daylight Time
**From:** Annette Warnick
**To:** Josianne Petit
**CC:** ArchesAcademyparent, Kris Crowther, J Kahealani Kamauu, John Hanna, Keri Wahl, Chris Wood, (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Annie Grow, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, bcc: AJ Hatton, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, celeste hill, Charli Johnston, Christina Hatton, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, Jonathan Willis, Joseph Hawes, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Kimberlie Willis, Kris Anne Gottfredson, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, lihuamail@yahoo.com, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon

Hi Josianne and all,

Thank you for your reply, Josianne.

**However, to all people on this thread:

- For other replies: please reply to ONLY me, so that we don't keep bothering everyone on this thread.
- I apologize that you are all getting this. It is completely inappropriate, as all of this is deemed completely private by the court so that privacy laws are violated, which this parent just broke by sending this.

We loved teaching your little one, Josieanne, and we were all so sad to end the 19/20 year online. I think we will all agree that it was hard and less than ideal. Teachers worked overtime and parents worked overtime too, I'm sure. I am so glad we were able to come back in person for the 20-21 school year and this year as well.

However, this is about something else entirely--nothing to do with Covid at all--which is evident in the email thread he has included. Students were not involved in the case. Opt outs to not continue in the 19-20 year were provided *privately* to counsel to show the *possible* result of this parent's attempts in Jan 2020 to harm the school. (Opt outs to not continue in 20/21---after the Covid spring---have nothing to do with this at all.)

Again, please do NOT 'reply to all' if you do have questions, as we want to end the sharing of this private info and end the badgering of parents from this disgruntled parent.

Sincerely,
Annette

> On Mon, Aug 30, 2021 at 11:45 AM Josianne Petit <josianne.petit@gmail.com> wrote:
> I want to make it clear that our decision not to renew our child's enrollment at Arches was 100% about the impact of covid and had *nothing* to do with the emails sent by that parent last year. Our little one loved her Arches experience. However, online learning was brutal. I appreciated that you all were trying to prove that you were