# Exhibit H

Tuesday, September 7, 2021 at 4:40:48 PM Pacific Daylight Time

**Subject:** Re: Arches Academy is suing parents?

**Date:** Monday, August 30, 2021 at 5:25:49 PM Pacific Daylight Time

**From:** Christina Hatton

**To:** ArchesAcademyparent

**CC:** (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Annette Warnick, Annie Grow, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, Charli Johnston, Chris Wood, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, J Kahealani Kamauu, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, John Hanna, Jonathan Willis, Joseph Hawes, Josieanne Petit-Montie, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Keri Wahl, Kimberlie Willis, Kris Anne Gottfredson, Kris Crowther, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon, bcc: AJ Hatton, celeste hill, lihuamail@yahoo.com

I am extremely concerned and saw both of my kids names on this list. Could you provide more information? If in anyway the court was told we left on behalf of these emails that is a bold face lie and I would like to correct that. I have emails and record to prove this. I also saw my boyfriends son Nixon Thomas listed and would like to know why. Both of our children's names are listed in a court case without our permission and knowledge and we find this extremely alarming and unsettling. Thank you for reaching out and sending this email. If anyone would like to contact me my number is (858) 366-8737 and my name is Christina hatton.

On Mon, Aug 30, 2021 at 11:16 AM ArchesAcademyparent <Archesacademyparent@protonmail.com> wrote:

Annette,

I was made aware that you are actively suing parents over contract renewals, and have involved several of the kids names in your lawsuit (attached). I looked into one lawsuit and you are suing a former parent over $700k?! Which reminded me about the email he had sent last year, which is why I am replying to it. From what I gather in the prior emails, the dispute was for 2k, but you are suing for $700k? You are also suing for a Facebook review? Reviews are part of life, as business owners ourselves, we have had several bad reviews, we have always worked with our customers that left bad reviews. Covid hurt a lot of businesses and the private schools were hit hard, but taking that out on parents is un-called for, learn to adjust as your industry does. I am astonished that the principal of a private school is behaving like this, it is embarrassing.

Beyond this you submitted the names of 30 kids in your lawsuit claiming they left because of the parents email? Why are you involving children in your petty lawsuit, I am un-glued to have seen you do this. Our kids should be protected from your activities outside of school. I have attached the documents here, which you can literally download from the Utah court system, it is all public knowledge now.

Aside from all this, why are you using school funds to pay for ridiculous lawsuits instead of using the funds to educate our children? It could have been invested in newer technologies, equipment etc. If you are even familiar with how things work, it is literally impossible to collect from a lawsuit, which is probably why the former parent you are suing could care less, and after a year of suing him, his fb review is still up. He doesn't even live in Utah,