# Exhibit I

| | |
|---|---|
| **Subject:** | Re: Arches Academy is suing parents? |
| **Date:** | Tuesday, August 31, 2021 at 12:46:55 PM Pacific Daylight Time |
| **From:** | J Kahealani Kamauu |
| **To:** | Annette Warnick, Josianne Petit |
| **CC:** | ArchesAcademyparent, Kris Crowther, John Hanna, Keri Wahl, Chris Wood, (Bruce) Richard Roberts, (Funing) Neil Qiao, Aaron Westberg, Abraham Darais, Abraham Richards, Alex Grow, Ali Henriques, Amanda Jackson, Amanda Olsen, Andrea Brinton, Andrew Stewart, Angela Roberts, Anna Temkin, Anne Allen, Annie Grow, Arian Lewis, Ashlee White, Ashley Ivory, Baiyu Huang, bcc: AJ Hatton, Becky Berry, Beth Hiatt, Borislav Parov, Brett Belingheri, Bryan Brinton, Cali Young, Camille Anderson, Carly Stockle, celeste hill, Charli Johnston, Christina Hatton, Christopher Lawyer, Courtney Grow, Curtis Hickman, Dan Donaldson, Daniel Hiatt, Darios Cifuentes, Diana Watabe, Diane Flickinger, Edel Cifuentes, Ellyanna Linden (Valerie Yang), Garrett Cardon, Gary Pavicic, Grant Nagamatsu, Heather Burton, Heidi Harris, Helen Zhao (Eva), Ian Puente, Jacob Neely, James Argyle, Jason White, Jennifer Galland, Jennifer Griffin, Jessica Peers, Jill Lewis, Jina Hur (Park), Joe DeCicco, Jonathan Willis, Joseph Hawes, Julia Qiao, Julianna Westberg, Julie Pulsipher, Julie Tait, Junho Park, Kajsia Belingheri, Kaley Crouch, Karl Diether, Katie Cardon, KellyandL Gardner, Kimberlie Willis, Kris Anne Gottfredson, Kristen Bingham, Kristi Diether, Kristina Argyle, Kristina Pavicic, Kynan Griffin, Lani Hickman, Lara Allen, Leah Aston (Eeva Puikkonen), LeeAnn Klemetson, Leon Nguyen, lihuamail@yahoo.com, Lili Heftel, Lily Darais, Linsey Deguzman, Lisa Richards, Liz Donaldson, Liz Jensen, Lu Zhang, Luke Jackson, Marie Roberts, Marie-Bernard Dragon |
| **Attachments:** | Arches lawsuit pg 8aa.png, Arches lawsuit pg 9.png, Arches lawsuit pg 10.png, Arches lawsuit pg 11.png, Arches lawsuit pg 12.png |

Hi all,

I was just made aware of these emails from a friend. I have been traveling and have had limited signal. I am only responding to clarify the concerns of parents along with protect my credibility from the defamed comments made by Annette yesterday.

1. My last correspondence to Arches, Arches parents and anyone concerning this school was on Jan 11th 2020. I apologize for that email, I was upset to say the lease on how a situation was being handled which of course involved my kids. After that I have never corresponded, emailed, or verbally spoken to anyone about Arches – I have moved out of state and am enjoying life. I was not the person that sent that email yesterday either, possibly another parent that learned about the lawsuit and the kids names on a list. It is a public case.

List of children's names being used in a lawsuit? That is <u>correct</u>:

2. Several months after Jan 11 2020, in the midst of Covid – Arches Academy filed a lawsuit against me. They are suing for damages in the amount "but no less" than **$689,977.00**. Claiming the email I sent along with my FB review post is the reasoning several kids left Arches, so there was a loss of income to Arches.  Not only was this filed against me, but Annette attached a supporting document with a **list of 63 children which included personal information** to support her claim. What is worse is that if they keep pushing this case we have to subpoena everyone on that list in order to see if they truly left based on my email/fb review. I feel the whole lawsuit is not right, nor the legal steps taken to implore the court of the notion that I got parents to leave Arches because of rant in an email.

3. I am the defendant in the case, and have no say in getting it dismissed, I have asked several times to

have this case dismissed so we can all move on with life. Unfortunately, Arches has spent the past 18 months trying to sue me in order to win a large settlement to cover their losses. I am unable to do anything until Arches decides to drop the case. It is literally a waste of time and energy being focused on things of the past.

I do not have all the docs with me that have been file but here is the screenshots of the claims Arches has filed. This entire case is in the Provo court. I am not available much and this email address will be turned off after today. Those that know me can contact me as they please.

Again I apologize for that email back in Jan 11th 2020.  I am extremely busy with international projects, and my kids are doing amazing at their new schools. I hope all is well with everyone. I do not hold any animosity towards Arches, my kids have made lasting friendships from Arches and enjoyed the 7/8 years they attended.

I hope Annette/Arches can make the right choice here to drop the suit and move on, and put energy focusing on school programs.

Sending Aloha,
Kahea

Dr. J. Kahealani Kamauu
ROI Companies
*Return On Investment Companies*
Office 385-498-3629
Mobile 808 306 0082

Find us on the WEB:
http://ROICompanies.com

A group of companies performing ROI in products, services, and investments.

**This electronic message is intended only for the individual or entity to which it is addressed and may contain information that is confidential and protected by law.  If you are not the intended recipient of this e-mail, you are cautioned that use of its contents in any way is prohibited and may be unlawful.  If you have received this communication in error, please notify the sender immediately by e-mail or telephone and return the original message by e-mail to the sender or to info@roicompanies.com.   Thank you.**

---

**From:** Annette Warnick <annette.warnick@archesacademy.com>
**Date:** Monday, August 30, 2021 at 12:47 PM
**To:** Josianne Petit <josianne.petit@gmail.com>

**Subject:** Re: Arches Academy is suing parents?

Hi Josianne and all,

Thank you for your reply, Josianne.

**However, to all people on this thread:

- For other replies: please reply to ONLY me, so that we don't keep bothering everyone on this thread.
- I apologize that you are all getting this. It is completely inappropriate, as all of this is deemed completely private by the court so that privacy laws are violated, which this parent just broke by sending this.

We loved teaching your little one, Josieanne, and we were all so sad to end the 19/20 year online. I think we will all agree that it was hard and less than ideal. Teachers worked overtime and parents worked overtime too, I'm sure. I am so glad we were able to come back in person for the 20-21 school year and this year as