# Exhibit J























